**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| T.S., | : No. 41 WAL 2019 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| J.F., A/K/A J.S., | : |
| | : |
| Petitioner | : |
| | |
| T.S. | : No. 42 WAL 2019 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| J.F., N/K/A J.S., | : |
| | : |
| Petitioner | : |
| | |
| R.F.-S. | : No. 43 WAL 2019 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| | : |
| T.S. | : |
| | : |
| | : |
| PETITION OF: J.S., MOTHER OF R.F.-S. | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of March, 2019, the Petition for Allowance of Appeal and the Application for Stay are **DENIED**.